## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FRANCIS CARBASHO
By His Next Friend,
HELEN T. CARBASHO,

     *Plaintiff, Pro Se*

v.                                  **Civil Action No. 5:25-cv-176**

WHEELING HOSPITAL, INC.
And WEST VIRGINIA UNIVERSITY
HEALTH SYSTEM,

     *Defendants.*

### DEFENDANTS, WHEELING HOSPITAL, INC. AND
### WEST VIRGINIA UNIVERSITY HEALTH SYSTEM'S,
### JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Come Now Defendants, Wheeling Hospital, Inc. and West Virginia University Health System[1], by counsel, and for reasons more fully supported in the Memorandum of Law filed contemporaneously herewith, hereby move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the entry of an Order dismissing the claims asserted against them in Plaintiff's Complaint, with prejudice, as Plaintiff has failed to sufficiently plead actionable Constitutional and state law causes of action in this matter.

**WHEREFORE**, Defendants, Wheeling Hospital, Inc. and West Virginia University Hospital System, hereby respectfully request that this Honorable Court

---

[1] For the purposes of the instant Motion, it is assumed that Plaintiff intended to name West Virginia United Health System, Inc. as a Defendant.

enter an Order dismissing the claims asserted in Plaintiff's Complaint against them,

with prejudice, and for any and all other relief that this Court deems just and proper.

**WHEELING HOSPITAL, INC. AND WEST VIRGINIA UNIVERSITY HEALTH SYSTEM**

**By Counsel:**

 */s/  Mark R. Simonton, Esquire*
Mark R. Simonton, Esquire (WV Bar #13049)
Alex S. Blevins, Esquire (WV Bar #14074)
*Offutt Simmons Simonton, PLLC*
949 Third Avenue, Suite 300
Post Office Box 2868
Huntington, West Virginia 25728-2868
Telephone:   (304) 529-2868
Facsimile:    (304) 529-2999
mrsimonton@offuttlegal.com
asblevins@offuttlegal.com

and

Erin R. Vuljanic (WW Bar #10242)
Douglas A. Marthinsen (WV Bar #14186)
*West Virginia United Health System, Inc.*
1238 Suncrest Towne Centre Drive
Morgantown, West Virginia 26505
Telephone: (304) 598-6361
Facsimile: (304) 598-9888
Erin.vuljanic@wvumedicine.org
Douglas.marthinsen@wvumedicine.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FRANCIS CARBASHO
By His Next Friend,
HELEN T. CARBASHO,

     *Plaintiff, Pro Se*

v.                                     Civil Action No. 5:25-cv-176

WHEELING HOSPITAL, INC.
And WEST VIRGINIA UNIVERSITY
HEALTH SYSTEM,

     *Defendants.*

### CERTIFICATE OF SERVICE

I, Mark R. Simonton, counsel for Defendants, Wheeling Hospital, Inc. and West Virginia University Health System, do hereby certify that a true and correct copy of the foregoing *"Defendants, Wheeling Hospital, Inc. and West Virginia University Health System's, Joint Motion to Dismiss Plaintiff's Complaint"* has been served upon Plaintiff, this **6**th day of **November**, **2025**, via U.S. Mail, return receipt requested, addressed as follows:

Helen Carbasho
353 Walker Manor Circle
Colliers, West Virginia 26035

*/s/   Mark R. Simonton, Esquire*
Mark R. Simonton, Esquire (WV Bar #13049)